USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/20/2026

MEMO ENDORSED

**Memorandum Endorsement**
7:23-cv-10610 (NSR)
*Metropolitan Life Insurance Company v. Kowal Ruggiero et al*

The Court is in receipt of a letter from *pro se* Defendants Regine Bouchereau and Kareen Tompkins requesting a Court order disbursing funds pursuant to their settlement agreement with the Kowal Ruggiero family. The Court once again reminds the parties that a properly executed settlement agreement must have all named Defendants' signatures.

As the settlement agreement does not contain the signatures of all named Defendants, the parties are directed to submit a new settlement agreement that contains all necessary signatures.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 73, mail a copy of this endorsement to all *pro se* parties, and show proof of service on the docket.

SO ORDERED.

Dated: November 20, 2026
White Plains, NY

Nelson S. Román, U.S. District Judge

October 12, 2026

Judge Nelson Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: ***Plaintiffs Reply to Federal Defendants Pre-Motion Letter***
Case #7:26-cv-02650 (NSR) *Khan et al v State of New York through the Governor et al*

Dear Judge Roman:

This Action was commenced due to continual deprivations of Plaintiffs Constitutional individual rights, as women, including the right to the Free Exercise of religion, resulting in the elimination of Plaintiffs personal autonomy. This has caused irreparable harm and injury to Plaintiffs person and property. First Amended Complaint [FAC] *inter alia* implicates the First and the Thirteenth Amendments. None of the Defendants address directly and candidly the issues presented in this Action.

For the United States, department of justice and the federal bureau of investigations [Federal Defendants] to argue that the FAC is frivolous while frivolously citing *inter alia Quarles v Murphy*, 2017 U.S. Dist. LEXIS 31388 (E.D.N.Y. 2017), is continued conduct rising to the level of the "irrational and wholly incredible" and further, still, conduct that is "frivolous and malicious" against the Plaintiffs. Further, still, Federal Defendants *inter alia* have cited FBI enforcers aka "brothers" intercepted and altered or manufactured judicial cases and rulings, including *Jones v. National Communication and Surveillance Networks*, 409 F.Supp.2d 456 (S.D.N.Y. 2006), without informing the Court of the same.

FAC evidentially proves, with best evidence, that Mr. Bill Johnson representative of Bethel aka the "counterfeit church"[1], via the enforcement of his filled with "fiend idiocy" "words" has exposed that FBI is the "hidden tree" which serves as the arm of the counterfeit church. Accordingly, this "hidden tree" causes violations, deprivations and eliminations of women's, including Plaintiffs every Constitutional right such as those guaranteed by the First, Fourth and the Thirteenth Amendments. See ECF #38-1 for a photograph and message of the "Archbishop of America" directing the "brethren" FBI enforcers to enforce the counterfeit church's "self-governance" as a value. See also Memorandum of Law in support of the FAC at ECF #124-126.

FAC satisfies each element of every Constitutional and Statutory provision, invoked by the violations, deprivations and eliminations of women's, including Plaintiffs personal autonomy.

[1] The "counterfeit church" includes every "religious organization", registered or unregistered, that is encompassed by the Religious Corporations Law and the doctrine of church autonomy.

***The United States, the Department of Justice [DOJ] and the Federal Bureau of Investigations [FBI] Have No "Sovereign Immunity" in this Action—for these are the Arm of the Counterfeit Church and are Exercising its Political Power***

FAC including Addendums A and B and its Memorandum of Law in support [ECF #22 #23-1 #23-2 & #25] and the Affidavit in support of the OSC and the Motion to Reconsider [ECF #27 #28 #29 & #38 #38-1 #39] establish that the Federal and State governments have unconstitutionally transferred their constitutionally granted powers to enforce individual rights to the counterfeit church for the enforcement of its religion [counterfeit religion]. The counterfeit church [aka counterfeit religion] enforces itself through its arm in the FBI [aka FBI enforcers or mafia or "brothers"] and the DOJ and the President of the United States also are exercising its political power. See ECF #13-69 for book cover, "Trump God's Appointed Leader" at Bates 110 and FBI emails at Bates 111-112; details on an academic lecture on the radicalization of the FBI is ECF #13-94; ECF #13-94 for BBC documentary, "how Christian right is changing U.S. politics" and details on women athletes' testimony before the Senate exposing FBI's "role" in sexual assaults on women.

Indeed, the counterfeit church, Bethel, has further and irrefutably corroborated that counterfeit church is being enforced on Plaintiffs via its pre-Motion Letter dated 09/17/2026, by attempting to invoke the criminal and unconstitutional doctrine of church autonomy aka "ecclesiastical abstention", including via citing FBI enforcers intercepted or altered or manufactured U.S. Supreme Court decision, *Serbian Eastern Orthodox Diocese for U.S. of America and Canada v Milivojevich*, 426 U.S. 696 (1976).

In addition, the State Judiciary's deference to the counterfeit church in the enforcement of the doctrine of church autonomy and the Statute establish that the State and Federal governments are arm of the counterfeit church—for these evidence operating the judiciary as "ecclesiastical tribunals" implementing "ecclesiastical doctrines", in organized crime against women, including Plaintiffs. This is done in blatant defiance to the Constitution thereby, the neither the United States nor the DOJ nor the FBI, as the arm of the counterfeit church, are immune from this Action.

Sovereign immunity has been described as an "outmoded" holdover of the notion that the King can do no wrong. *Brown v. State*, 89 N.Y.2d 172 (Ct. of Appeals of New York, 1996). The striking resemblance between the doctrine of church autonomy aka "ecclesiastical abstention" ***expose*** the enforcement of the counterfeit church over the British monarchy, from where the common law doctrine of "Sovereign immunity" is derived. Accordingly, the District Court should abrogate the blatantly unconstitutional doctrine of "Sovereign immunity"[2], which is an evident product of the counterfeit church to preserve, expand and enforce its political power against the "common man" through enforcing its diabolical control, spiritual authority and governing authority, particularly against women. See the Declaration of Independence which *inter alia* states, 'We therefore, the Representatives of the united States of America, … solemnly publish and declare, That these united colonies are, and of Right ought to be Free and Independent States, that

[2] In regards to Constitution's Bill of Rights that guarantee and protect individual rights to restore to mankind, irrespective of gender, their personal autonomy.

are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; …'

***The New York State Court of Appeals Has Waived Sovereign Immunity in Cases Involving the Federal and State Constitutions Bill of Rights that Guarantee and Protect Individual Rights***

The New York State Court of Claims Act has widely waived "sovereign immunity". *Brown v. State*, 89 N.Y.2d 172 (Ct. of Appeals of New York, 1996) [holding that the waiver of immunity contained in the Court of Claims Act applies not only to the State but also to its subdivisions under the rule in *Bernardine v. City of New York*, 294 N.Y. 361, 62 N.E.2d 604], we held the State had waived its immunity from respondeat superior liability and specifically recognized that the State and its subdivisions were liable for the acts of their employees.] *at 236;* [It is the statute that imposes vicarious liability on the State, however, not this Court (see, Court of Claims Act § 9[2]).Our decisions have uniformly recognized this fact. *at 236*.]

The Court of Appeals has recognized that the Federal and State Constitutions guarantee and protect individual rights against State and Municipality violations, deprivations and unlawful intrusions. *Brown, Id*. [The duties imposed by the Constitution, which are at issue here, secure rights and privileges to individuals, as individuals. A breach of those duties is actionable under existing law. The question before us is whether a civil action for damages may be based upon the duties imposed by sections 11 and 12 of article I of the State Constitution[3]. *at 236*]. The Court of Appeals held in the affirmative. The State of New York, in this Action, has been sued through the Governor. See also Article IV of the State Constitution; See also *Hernandez v. United States*, 939 F.3d 191 (2d Cir. 2019) [Under § 1983, "[e]very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State ... subjects, or causes to be subjected, any citizen of the United States ... to the deprivation of any rights, privileges, or immunities secured by the Constitution ... shall be liable to the party injured in an action at law." 42 U.S.C. § 1983. "Official municipal policy includes the decisions of a government's lawmakers, the acts of its policymaking officials, and *practices so persistent and widespread as to practically have the force of law*."] [Emphasis mine] The Religious Corporations Law, the doctrine of church autonomy and their unconstitutionally established counterfeit church have the force of law thereby, the "religious practices", including the hostile gender disparities that "barricades" the woman for forced prostitution within and outside of marriage and human trafficking are entrenched as "policies" and "customs" that have the "force of law".] These judicial rulings are partially intercepted by FBI enforcers which establish that FBI enforcers that operate as the arm of the counterfeit church are engaged in organized crime against women, such as forced prostitution within and outside of marriage and human trafficking. See also Addendums A and B to the FAC at ECF #23-1 & #23-2.

The Governor in her professional and personal capacity is neither immune from liability nor from damages. *Brown v. State*, 89 N.Y.2d 172 (Ct. of Appeals of New York, 1996) [By recognizing a narrow remedy for violations of sections 11 and 12 of article I of the State

[3] The Court of Appeals held that damages may be based upon breach of duties imposed by the Constitutions Bill of Rights.

Constitution, we provide appropriate protection against official misconduct at the State level. *at 192*]; [The damage remedy has been recognized historically as the appropriate remedy for the invasion of personal interests in liberty, indeed, damage remedies already exist for similar violations of the Federal Constitution. *at 192*]; [Damages are a necessary deterrent for such misconduct. The remedies now recognized, injunctive or declaratory relief, all fall short. *at 192*]; [Using these analytical tools, we conclude that a cause of action to recover damages may be asserted against the State for violation of the Equal Protection and Search and Seizure Clauses of the State Constitution. *at 233*]. See also *Hernandez v. United States*, 939 F.3d 191 (2d Cir. 2019) [Indeed, the New York Court of Appeals has recognized that “there can be no question that [the drafters] intended the State Constitution to govern the rights of citizens with respect to their government and not the rights of private individuals against private individuals.”] These judicial rulings or cases are also substantially FBI intercepted and altered which serve to corroborate the FAC for the Court to hold the State vicariously liable because the Governor is enforcing the Statute, the doctrine of church autonomy and their unconstitutionally established counterfeit church, to transfer to the counterfeit church the State’s power to enforce individual rights for replacement with the enforcement of the counterfeit church.

The Federal Constitution is adopted in the State of New York Constitution. *Brown id*. [The Equal Protection Clause of the Fourteenth Amendment had been thoroughly debated and adopted by Congress and ratified by our Legislature after the Civil War, and the concepts underlying it are older still. Indeed, cases may be found in which this Court identified a prohibition against discrimination in the Due Process Clauses of earlier State Constitutions, clauses with antecedents traced to colonial times. *at 233];* See also *Hernandez v. United States*, 939 F.3d 191 (2d Cir. 2019) [Indeed, “New York courts have interpreted the due-process guarantees of the New York Constitution and the United States Constitution to be coextensive].

Discovery should reveal the names of individual FBI agents who are intercepting, including through alterations and manufacturing of judicial cases/rulings. Thereafter, Plaintiffs should be able to amend the FAC to include names of individual FBI agents for the Court to implement *Bivens* remedy for every Constitutional violation, deprivation and elimination.

It is respectfully requested that the Court accept a four-page Reply to the Federal Defendants, as none of the foregoing arguments could be dispensed with.

Thank you for your kind and considerate attention.

Sincerely,

/s/ Karen Khan

Karen Khan